# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cheryl Lynne Godbolt, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 4:13-69-RMG |
| ) | |
| vs. ) | |
| ) | |
| Carolyn D. Colvin, Commissioner ) | |
| of Social Security, ) | |
| ) | **ORDER** |
| Defendant. ) | |
| ) | |

This matter comes before the Court on Plaintiff's motion for approval of attorney's fees under 42 U.S.C. § 406(b). (Dkt. No. 40). Plaintiff seeks approval of an attorney's fee for her services on behalf of Plaintiff in federal court in the amount of $10,056.00, which represents 25% of the total back award obtained on behalf of Plaintiff. (Dkt. No. 40-1 at 3). Plaintiff has provided the Court a copy of the attorney fee agreement with counsel, which provides for payment of an attorney's fee of 25% of the back award obtained. (Dkt, No. 40-2). Plaintiff's counsel has further advised the Court that upon payment of the requested fee award under 42 U.S.C. § 406(b), she will refund to her client $3,021.84 awarded under the Equal Access to Justice Act. The Defendant has advised the Court that she does not oppose the approval of Plaintiff's attorney fee under § 406(b). (Dkt. No. 42).

The Court has reviewed the Plaintiff's motion in light of the standards set forth in *Grisbrecht v. Barnhart*, 535 U.S. 789, 808 (2002). The Court finds that pursuant to the *Grisbrecht* standards the proposed fee is reasonable and grants the Plaintiff's motion to approve

-1-

the fee in the amount of $10,056.00. Upon receipt of this award, Plaintiff's counsel is directed to reimburse to Plaintiff $3,021.84 previously awarded under EAJA. (Dkt. No. 39).

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

October 22, 2015
Charleston, South Carolina